```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

SAMMIE EARL POWELL,              :
                                 :
    Plaintiff,                   :
                                 :
v.                               :       CIVIL ACTION 06-0350-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.                   :


## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Sammie Earl Powell and against Defendant Michael J. Astrue.

DONE this 23rd day of February, 2007.


                                  s/BERT W. MILLING, JR.
                                UNITED STATES MAGISTRATE JUDGE