```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| SAMMIE E. POWELL, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 06-0350-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that Plaintiff's attorney, Rose A. McPhillips, be and is hereby **AWARDED** a fee of $6,739.50 for her services before the Court. Ms. McPhillips is **ORDERED** to refund to Plaintiff the sum of $2,800.00, which sum represents the EAJA fee she was previously awarded.

DONE this 4th day of December, 2009.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE